RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/22/10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **DEMETRIUS RUBIN** | **CIVIL NO.: 09-1415** |
| **VERSUS** | **HONORABLE RICHARD HAIK** |
| **ENERGY PRODUCTION FABRICATORS, LLC ET AL** | **MAGISTRATE PATRICK HANNA** |

## RULING

UPON CONSIDERATION of defendant's Motion to Dismiss Complaint for Damages for Insufficiency of Service of Process (Doc. 20) and for the reasons stated during oral argument held on December 16, 2010, the court grants plaintiff thirty (30) days to perfect service on Energy Production Fabricators, LLC. Therefore, defendant's Motion is DENIED.

THUS DONE AND SIGNED this 16th day, December, 2010, Lafayette, Louisiana.

**HONORABLE RICHARD T. HAIK, SR.**
**UNITED STATES DISTRICT JUDGE**
**WESTERN DISTRICT OF LOUISIANA**